| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| SEKI, NISHIMURA & WATASE, PLC <br> Janet L. Keuper (SBN 128417) <br> jkeuper@snw-law.com <br> 600 Wilshire Blvd., Suite 1250 <br> Los Angeles, CA  90017 <br> (213) 481-2869; (213) 481-2871 (FAX) | |
| ATTORNEY(S) FOR:  Defendant Deputy Carlos Maciel | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXIS CERNAS, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-03261-SPG (SKx) |
| v. | |
| COUNTY OF LOS ANGELES, CARLOS MACIEL, et al., | CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                Defendant Deputy Carlos Maciel
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alexis Cernas | Plaintiff |
| John I.C. Doe, a minor, by and through his GAL Maritza Casillas | Plaintiff |
| Jane I.C. Doe, a minor, by and through her GAL Maritza Casillas | Plaintiff |
| Beatriz Loera | Plaintiff |
| County of Los Angeles | Defendant |
| Carlos Maciel | Defendant |

| June 6, 2024 | /s/ JANET L. KEUPER |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Deputy Carlos Maciel