Shannon J. Leap, SBN 339574
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-03261-SPG-SK<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that __Richard Copeland__ may serve as the Panel Mediator in the above-captioned case. __Shannon J. Leap__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __a date TBD__ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ]  The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: July 15, 2024         /s/ Shannon J. Leap
                             Attorney For Plaintiff  Alexis Cernas, et al.

Dated: _____               _____
                             Attorney For Plaintiff

Dated: July 15, 2024         /s/ Janet L. Keuper
                             Attorney For Defendant  County of Los Angeles, et al.

Dated: _____               _____
                             Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*