| | |
|---|---|
| 1 | SEKI, NISHIMURA & WATASE, PLC |
| 2 | JOSEPH P. ESPOSITO (SBN 142785) |
|   | jesposito@snw-law.com |
| 3 | JANET L. KEUPER (SBN 128417) |
| 4 | jkeuper@snw-law.com |
|   | 600 Wilshire Boulevard, Suite 1250 |
| 5 | Los Angeles, California 90017 |
| 6 | Tel.: (213) 481-2869 | Fax: (213) 481-2871 |

Attorneys for Defendants COUNTY OF LOS ANGELES, and CARLOS MACIEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS; JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>   Defendant(s). | Case No. 2:24-cv-03261-SPG (SKx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER**<br><br>Complaint Filed: April 19, 2024 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Defendants COUNTY OF LOS ANGELES and CARLOS MACIEL hereby lodge the following attachment with the Court:

1. [PROPOSED] ORDER on Request for Approval of Substitution or Withdrawal of Attorney.

DATED: April 9, 2025                SEKI, NISHIMURA & WATASE, PLC

BY   /s/ *JANET L. KEUPER*
         JOSEPH P. ESPOSITO
         JANET L. KEUPER
         Attorneys for Defendants
         County of Los Angeles and
         Carlos Maciel