# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEXIS CERNAS, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-03261-SPG-SK |
| v. | |
| COUNTY OF LOS ANGELES, CARLOS MACIEL, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

☒ The Court hereby orders that the request of:

    Co. of Los Angeles/Carlos Maciel    ☐ Plaintiff ☒ Defendant ☐ Other
    *Name of Party*

☒ to substitute   Eugene P. Ramirez of Manning & Kass   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

801 S. Figueroa St., 15th Floor
*Street Address*

Los Angeles, CA 90017      Eugene.Ramirez@manningkass.com
*City, State, Zip*      *E-Mail Address*

213-624-6900           134865
*Telephone Number*      *Fax Number*      *State Bar Number*

As attorney of record instead of   Janet L. Keuper of Seki, Nishimura & Watase, PLC
     List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of: _____
     List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____      _____
     U.S. District Judge/U.S. Magistrate Judge