# EXHIBIT A

# EXHIBIT A

**Delia Flores**

| | |
|---|---|
| **From:** | Lynn Carpenter |
| **Sent:** | Monday, April 7, 2025 10:09 AM |
| **To:** | Dominique Boubion; rvalentine@galipolaw.com |
| **Cc:** | Luis A. Carrillo (lac4justice@gmail.com); Michael Carrillo; Alejandro Monguia; Joseph Esposito; Carrillo Law Firm; Stefany Anderson; Eugene P. Ramirez; Delia Flores; Support Center; Athena N. Reddersen; Angela Thompson |
| **Subject:** | Cernas (PC) L.R. 7-3 Request to Meet and Confer re Mtn to Continue |

Dominique & Renee,

Good morning.  I am following up regarding my email below requesting a stipulated continuance of the Court's scheduling deadlines in this matter, as this case has just been reassigned to our firm.  Please respond to this email in writing today to inform us as to the plaintiffs' position.

If you are unwilling to stipulate, please consider this our **C.D. Local Rule 7-3 request to meet and confer on or before April 9, 2025** regarding defendants' motion to continue the Court's scheduling order deadlines and trial date.  Please also provide the date/time you are available for a meet and confer teleconference prior to close of business on Wednesday.

Thanks very much for your anticipated cooperation.


**Lynn Carpenter**
Partner



801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900
Direct: (213) 486-2272
Lynn.Carpenter@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Lynn Carpenter <Lynn.Carpenter@manningkass.com>
**Sent:** Tuesday, April 1, 2025 12:46 PM
**To:** Alejandro Monguia <amonguia@galipolaw.com>; Joseph Esposito <jesposito@snw-law.com>
**Cc:** Luis A. Carrillo (lac4justice@gmail.com) <lac4justice@gmail.com>; Michael Carrillo <mc@carrillofirm.com>; Dominique Boubion <db@carrillofirm.com>; Carrillo Law Firm <team@carrillofirm.com>; rvalentine@galipolaw.com; Stefany Anderson <sanderson@galipolaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Support Center <Support.Center@manningkass.com>; Athena N. Reddersen

<Athena.Reddersen@manningkass.com>
**Subject:** Cernas (PC) Depos of Sanchez, Deboom

Good morning. The defense of this matter has been reassigned to our firm. We will be serving an objection and will meet and confer with you in order to reset these depositions.

We will be seeking a 90-120 day continuance of the current scheduling order deadlines. We also have a scheduling conflict with the current trial date. Please confirm that you will join in a stipulation for a brief continuance, and we will forward a draft stipulation for your review.

Thanks very much.


**Lynn Carpenter**
Partner



801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Main: (213) 624-6900
Direct: (213) 486-2272
Lynn.Carpenter@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

**From:** Janet Keuper <jkeuper@snw-law.com>
**Sent:** Tuesday, April 1, 2025 12:33 PM
**To:** Alejandro Monguia <amonguia@galipolaw.com>; Joseph Esposito <jesposito@snw-law.com>
**Cc:** Scarlet Meman <smeman@snw-law.com>; Lucy Garcia <lgarcia@snw-law.com>; Luis A. Carrillo <lac4justice@gmail.com> <lac4justice@gmail.com>; Michael Carrillo <mc@carrillofirm.com>; Dominique Boubion <db@carrillofirm.com>; Carrillo Law Firm <team@carrillofirm.com>; rvalentine@galipolaw.com; Stefany Anderson <sanderson@galipolaw.com>; Eugene P. Ramirez <Eugene.Ramirez@manningkass.com>; Delia Flores <Delia.Flores@manningkass.com>; Lynn Carpenter <Lynn.Carpenter@manningkass.com>; Support Center <Support.Center@manningkass.com>; Athena N. Reddersen <Athena.Reddersen@manningkass.com>
**Subject:** RE: Cernas v. County of Los Angeles

---

**This message needs your attention**

- Some Recipients have never replied to this person.

Mark Safe    Report

Powered by MK IT Dept.

---

Good Morning Alejandro – The Manning Kass will be taking over the defense in this case, as well as the companion case. Substitutions will be filed shortly in both cases. Your notice of deposition for Deputies

Deboom and Sanchez has been forwarded Mr. Ramirez and his team. I leave it to them to respond to your inquiry.

Janet L. Keuper, Esq.
Seki, Nishimura & Watase, PLC
600 Wilshire Blvd., Suite 1250
Los Angeles, CA  90017
(213) 481-2869

CONFIDENTIALITY:  The information contained in this e-mail message, including any accompanying documents or attachments, is from SEKI, NISHIMURA & WATASE, PLC and is intended only for the use of the individual or entity named above, and is privileged and confidential.  If you are not the intended recipient, be aware that any disclosure, dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If this message was received in error, please notify the sender and promptly delete it.

---

**From:** Alejandro Monguia <amonguia@galipolaw.com>
**Sent:** Tuesday, April 1, 2025 10:12 AM
**To:** Janet Keuper <jkeuper@snw-law.com>; Joseph Esposito <jesposito@snw-law.com>; Nicole Castronovo <ncastronovo@snw-law.com>
**Cc:** Stephanie Chin <Schin@snw-law.com>; Lucy Garcia <lgarcia@snw-law.com>; Luis A. Carrillo (lac4justice@gmail.com) <lac4justice@gmail.com>; Michael Carrillo <mc@carrillofirm.com>; Dominique Boubion <db@carrillofirm.com>; Carrillo Law Firm <team@carrillofirm.com>; rvalentine@galipolaw.com; Stefany Anderson <sanderson@galipolaw.com>
**Subject:** RE: Cernas v. County of Los Angeles

Good morning Counsel,

Would you please let us know if the depositions of Deputy Sanchez and Deputy DeBoom will be going forward on April 10? If that date does not work for the deputies or your office, would you please propose a few alternative dates?

Thank you.

**Best Regards,**

**Alejandro E. Monguia, Paralegal** | Law Offices of Dale K. Galipo | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: amonguia@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED.  IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Alejandro Monguia
**Sent:** Monday, March 24, 2025 11:00 AM
**To:** Janet Keuper <jkeuper@snw-law.com>; Joseph Esposito <jesposito@snw-law.com>; Nicole Castronovo <ncastronovo@snw-law.com>
**Cc:** Stephanie Chin <Schin@snw-law.com>; Lucy Garcia <lgarcia@snw-law.com>; Luis A. Carrillo (lac4justice@gmail.com) <lac4justice@gmail.com>; Michael Carrillo <mc@carrillofirm.com>; Dominique Boubion <db@carrillofirm.com>; Carrillo

Law Firm <team@carrillofirm.com>; rvalentine@galipolaw.com; Stefany Anderson <sanderson@galipolaw.com>
**Subject:** Cernas v. County of Los Angeles

Good morning Counsel,

Please find attached plaintiffs' amended notice of the depositions of Deputy Sanchez and Deputy DeBoom. As always, should the noticed date not work for your office or the deponents, please let us know and we will be happy to work with you to find a mutually convenient or dates for these depositions.

**Best Regards,**

**Alejandro E. Monguia, Paralegal** | **Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: amonguia@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.