# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF COURT'S SCHEDULING DEADLINES INCLUDING TRIAL DATE;**<br><br>Hearing Date:   05/14/25 at 1:30 p.m.<br>Filed Date:      04/19/24<br>Trial Date:      10/20/25 |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that:

**1.** Defendants' Motion for Continuance of Court's Scheduling Deadlines Including Trial Date is granted.

**2.** The Court hereby orders that the operative scheduling order deadlines [*see* Doc. 37-1] are continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-expert Discovery Cut-off | May 14, 2025 | August 13, 2025 |
| Initial Expert Disclosures | May 28, 2025 | August 27, 2025 |
| MSJ Filing | June 10, 2025 | September 10, 2025 |
| Rebuttal Expert Disclosures | June 18, 2025 | September 17, 2025 |
| Expert Discovery Cut-off | July 2, 2025 | September 30, 2025 |
| MSJ Hearing | July 9, 2025 | October 8, 2025 |
| Settlement Conference | August 27, 2025 | August 27, 2025 (no change) |
| Pretrial Documents Filing – Pt. I | September 3, 2025 | December 3, 2025 |
| Pretrial Documents Filing – Pt. II | September 17, 2025 | December 17, 2025 |
| Final Pretrial Conference | October 1, 2025 at 3:00 p.m. | January 7, 2025 at 3:00 p.m. |
| Trial Date | October 20, 2025 at 8:30 a.m. | January 19, 2026 at 8:30 a.m. |

**3.** Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling order shall remain unchanged.

**IT IS SO ORDERED.**

DATED: _____, 2025

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
Hon. Sherilyn Peace Garnett
UNITED STATES DISTRICT JUDGE