**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo (SBN 70398)
Lac4justice@aol.com
Michael S. Carrillo (SBN 258878)
mc@carrillofirm.com
Dominique L. Boubion (SBN 336915)
db@carrillofirm.com
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel:   (626) 799-9375
Fax:   (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
Shannon J. Leap (SBN 339572)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS; John I.C. Doe, and JANE I.C. DOE, by and through their guardian *ad litem*, Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG (SKx)<br><br>*Assigned to*:<br>Hon. Dist. Judge Sherilyn Peace Garnett<br>Hon. Mag. Judge Steve Kim<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR CONTINUANCE OF COURT'S SCHEDULING DEADLINES** |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs do not oppose Defendants' Motion for Continuance of Court's Scheduling Deadlines (Dkt. 44), contingent upon

1  Defendants producing Deputies Christian Sanchez and Nathan DeBoom for
2  deposition before any operative discovery cutoff. Plaintiffs previously noticed the
3  depositions of Deputies Sanchez and DeBoom to occur on a date prior to the current
4  discovery cutoff. In light of Plaintiffs' non-opposition to Defendants' Motion, the
5  Parties are working together to confirm a date for mediation with Richard Copleand
6  to occur in July or August of this year and to confirm dates for the depositions of
7  Deputies Sanchez and DeBoom.

DATED:  April 23, 2025                    LAW OFFICES OF DALE K. GALIPO

                                          By:  *s/ Renee V. Masongsong*
                                               Dale K. Galipo
                                               Renee V. Masongsong
                                               *Attorneys for Plaintiffs*