SEKI, NISHIMURA & WATASE, PLC
JOSEPH P. ESPOSITO (SBN 142785)
jesposito@snw-law.com
NICOLE R. CASTRONOVO (SBN 314585)
ncastronovo@snw-law.com
600 Wilshire Boulevard, Suite 1250
Los Angeles, California 90017
Tel.: (213) 481-2869 | Fax: (213) 481-2871

Attorneys for Defendants COUNTY OF LOS ANGELES,
and CARLOS MACIEL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS; JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA, <br><br> Plaintiff(s), <br><br> vs. <br><br> COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive, <br><br> Defendant(s). | Case No. 2:24-cv-03261-SPG (SKx) <br><br> **NOTICE OF LODGING AMENDED [PROPOSED] ORDER** <br><br> Complaint Filed:  April 19, 2024 |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants COUNTY OF LOS ANGELES and CARLOS MACIEL hereby lodge the following attachment with the Court:

1

1.  AMENDED [PROPOSED] ORDER on Request for Approval of Substitution or Withdrawal of Attorney.

DATED:  April 24, 2025                    SEKI, NISHIMURA & WATASE, PLC


BY___/s/ *Joseph P. Esposito*_____
       JOSEPH P. ESPOSITO
       NICOLE R. CASTRONOVO
       Attorneys for Defendants
       County of Los Angeles and
       Carlos Maciel

NOTICE OF LODGING [PROPOSED] ORDER