# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, et al.<br><br>Plaintiff(s)<br>v.<br>COUNTY OF LOS ANGELES, CARLOS MACIEL, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-03261-SPG-SK<br><br>**AMENDED (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

__Co. of Los Angeles/Carlos Maciel__    ☐ Plaintiff  ☒ Defendant  ☐ Other
Name of Party

☒ to substitute    __Eugene P. Ramirez of Manning & Kass__    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

801 S. Figueroa St., 15th Floor
Street Address

Los Angeles, CA 90017                     Eugene.Ramirez@manningkass.com
City, State, Zip                                    E-Mail Address

213-624-6900                                                                       134865
Telephone Number                    Fax Number                    State Bar Number

As attorney of record instead of    Janet L. Keuper of Seki, Nishimura & Watase, PLC
List ***all*** attorneys from same firm or agency who are withdrawing.

**Joseph P. Esposito of Seki, Nishimura & Watase, PLC**
**Nicole R. Castronovo of Seki, Nishimura & Watase PLC**

**Is hereby ☐ GRANTED   ☐ DENIED**

☐ The Court hereby orders that the request of: _____
List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby ☐ GRANTED   ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: _____                    _____
                                                            U.S. District Judge/U.S. Magistrate Judge