# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, et al.<br><br>Plaintiff(s)<br>v.<br>COUNTY OF LOS ANGELES, CARLOS MACIEL, et al.<br><br>Defendant(s) | CASE NUMBER<br>2:24-cv-03261-SPG-SK<br><br>AMENDED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

__Co. of Los Angeles/Carlos Maciel__   ☐ Plaintiff ☒ Defendant ☐ Other
Name of Party

☒ to substitute __Eugene P. Ramirez of Manning & Kass__ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__801 S. Figueroa St., 15th Floor__
Street Address

__Los Angeles, CA 90017__              __Eugene.Ramirez@manningkass.com__
City, State, Zip                                              E-Mail Address

__213-624-6900__                                                            __134865__
Telephone Number         Fax Number                State Bar Number

As attorney of record instead of   __Janet L. Keuper of Seki, Nishimura & Watase, PLC__
List **all** attorneys from same firm or agency who are withdrawing.

**Joseph P. Esposito of Seki, Nishimura & Watase, PLC**
**Nicole R. Castronovo of Seki, Nishimura & Watase PLC**

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of: _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **April 28, 2025**                              _/s/_
                                                                    U.S. District Judge