UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-03261-SPG-SK | Date | May 8, 2025 |
|---|---|---|---|
| Title | ALEXIS CERNAS ET AL. v. COUNTY OF LOS ANGELES ET AL. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF COURT'S SCHEDULING DEADLINES [ECF NO. 44]**

   Before the Court is a Motion for Continuance of Court's Scheduling Deadlines (ECF No. 44 ("Motion")) filed by Defendants County of Los Angeles and Carlos Maciel ("Defendants"). Plaintiffs Alexis Cernas, Maritza Casillas, Beatriz Loera, and John I.C. and Jane I.C. Does, by and through their guardian *ad litem*, ("Plaintiffs") filed a Notice of Non-Opposition to the Motion (ECF No. 47 ("Non-Opp.")). The Court has read Defendants' submissions and concluded that the Motion is suitable for decision without oral argument. *See* Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Having considered the submissions, the relevant law, and the record in this case, the Court GRANTS the Motion.

   Federal Rule of Civil Procedure 16 authorizes courts to modify a pretrial and trial scheduling order "only for good cause." Fed. R. Civ. P. 16(b)(4). "Good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citation omitted). As relevant here, Defendants request an approximate 90-day continuance of all deadlines in this action. According to Defendants, at the end of March 2025, they retained new counsel in this matter. *See* (Mot. at 5). Thereafter, on April 1, 2025, the new defense counsel emailed Plaintiffs' counsel seeking a stipulation for a continuance of the pretrial and trial dates and requesting dates to schedule the depositions of Deputy Nathan Deboom and Deputy Christian Sanchez. *See* (*id.*). On April 7, 2005, defense counsel sent a follow up email to Plaintiffs' counsel. Plaintiffs' counsel allegedly did not respond to either of defense counsel's email correspondences. *See* (*id.*). Furthermore, during this time, the newly retained defense counsel also filed a notice of substitution of counsel, *see* (ECF No. 42), which the Court subsequently granted, *see* (ECF No. 45). In the meantime, defense counsel has also served Plaintiffs with deposition notices, and the parties are working through the logistics of scheduling the deputies' depositions. *See* (Mot. at 5–6); *see also* (Non-Opp. at 2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-03261-SPG-SK | Date | May 8, 2025 |
|---|---|---|---|
| Title | ALEXIS CERNAS ET AL. v. COUNTY OF LOS ANGELES ET AL. | | |

    Given the above facts, the Court finds that Defendants have shown good cause to modify the pretrial and trial scheduling order. Accordingly, the Court hereby GRANTS the Motion. The new pretrial and trial dates are as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-Off | May 14, 2025 | August 13, 2025 |
| Initial Expert Disclosures | May 28, 2025 | August 27, 2025 |
| MSJ Filing | June 10, 2025 | September 10, 2025 |
| Rebuttal Expert Disclosures | June 18, 2025 | September 17, 2025 |
| Expert Discovery Cut-Off | July 2, 2025 | September 30, 2025 |
| MSJ Hearing | July 9, 2025 | October 8, 2025 |
| Settlement Conference | August 27, 2025 | August 27, 2025[1] |
| Trial Filings (first round) | September 3, 2025 | December 3, 2025 |
| Trial Filings (second round) | September 17, 2025 | December 17, 2025 |
| Final Pretrial Conference | October 1, 2025 | January 7, 2026 at 3:00 PM |
| Trial | October 20, 2025 | January 27, 2026 at 8:30 AM |

                                                                                                                                                      : _____

Initials of Preparer  pg

---

[1] Defendants do not request a continuance of the settlement conference original deadline.