1  Eugene P. Ramirez (State Bar No. 134865)
     *eugene.ramirez@manningkass.com*
2  Lynn Carpenter (State Bar No. 310011)
     *lynn.carpenter@manningkass.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
   Attorneys for Defendants, COUNTY OF
7  LOS ANGELES and CARLOS MACIEL

8

9                **UNITED STATES DISTRICT COURT**

10               **CENTRAL DISTRICT OF CALIFORNIA**

11

12  ALEXIS CERNAS, JOHN I.C. DOE, a        Case No. 2:24-cv-03261-SPG-SK
    minor, by and through his guardian ad  District Judge, Sherilyn Peace Garnett
13  litem Maritza Casillas; JANE I.C. DOE, Magistrate Judge, Steve Kim
    and, a minor, by and through her
14  guardian ad litem Maritza Casillas; and **STIPULATION AND JOINT**
    BEATRIZ LOERA,                         **REQUEST FOR CONTINUANCE**
15                                          **OF COURT'S DEADLINES RE**
              Plaintiffs,                   **MOTIONS FOR SUMMARY**
16                                          **JUDGMENT**
         v.
17                                          *Proposed Order filed Concurrently*
    COUNTY OF LOS ANGELES,
18  CARLOS MACIEL, and DOES 1
    through 10, inclusive,
19                                          Filed Date:        04/19/24
              Defendants.                   Trial Date:        01/27/26
20

21

22  **TO THE HONORABLE COURT**

23       Defendants County of Los Angeles and Detective Carlos Maciel, and Plaintiffs

24  Alexis Cernas, John I.C. Doe – by and through his guardian ad litem Maritza Casillas,

25  Jane I.C. Doe – by and through her guardian ad litem Maritza Casillas, and Beatriz

26  Loera (the Parties), stipulate and submit their joint request for a short continuance of

27  the Court's deadlines regarding the preparation and filing of motions for summary

28  judgment based on the following good cause.

---

**STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF MSJ DEADLINES**

**GOOD CAUSE STATEMENT:**

1. The parties participated in a mediation with ADR Panel Mediator, Richard Copeland on August 1, 2025. At that time, the parties reached a potential settlement agreement, contingent on the approval of the settlement by the County's Contract Cities Claims Board, plaintiffs' execution of a release of claims, and the Court's approval of a minors' compromise.

2. Because of this, the parties believe that a short continuance of the Court's deadlines regarding meet and confer, preparation of the joint brief re motion for summary judgment, final preparation and filing, and hearing of dispositive motions is warranted.

3. To avoid wasting valuable time and resources of the Court, counsel for the parties respectfully request that the Court continue the current scheduling deadlines regarding motions for summary judgment along the following lines:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Pre-filing Meet and Confer | August 8, 2025 | **August 22, 2025** |
| Defendants' Portion of Joint Brief to Plaintiffs | August 22, 2025 | **August 29, 2025** |
| Plaintiffs' Portion of Joint Brief to Defendants | September 5, 2025 | **September 12, 2025** |
| MSJ Filing | September 9, 2025 | **September 17, 2025** |
| MSJ Hearing | October 8, 2025 | **October 15, 2025** |

4. It is anticipated that the settlement will be presented to the County's Contract Cities Claims Board for consideration on August 13, 2025.

5. If the matter should resolve, alleviating the need for further litigation, the parties will file a status report, apprising the Court of such development.

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF MSJ DEADLINES

1    Respectfully submitted,

2

3    DATED: August 6, 2025      LAW OFFICES OF DALE K. GALIPO

4

5

6                          By    /s/ *Renee Masongsong*

                               Dale K. Galipo

7                                Renee Masonsong

                               Attorneys for Plaintiffs

8

9

10    DATED: August 6. 2025      **MANNING & KASS**

                                 **ELLROD. RAMIREZ. TRESTER LLP**

11

12

13

14                               Bv    /s/ *Lynn Carpenter*

                               Eugene P. Ramirez

15                                Lynn Carpenter

16                                Attorneys for Defendants COUNTY OF

                               LOS ANGELES, et al.

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF MSJ DEADLINES**