Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Lynn Carpenter (State Bar No. 310011)
  *lynn.carpenter@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF LOS ANGELES and CARLOS MACIEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF DEADLINES RE MOTIONS FOR SUMMARY JUDGMENT (Doc. 52)** |

On August 6, 2025, the Parties filed a stipulation and joint request for a continuance of the current deadlines for meet and confer, briefing, filing, and hearing of motions for summary judgment in this action. (Doc. 52).

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The Court hereby Orders that the Court's scheduling orders – including but not limited to Docs. 36 and 51– are **hereby modified, continued, and reset** to the following case management schedule:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *NEW Date-Deadline:* |
|---|---|---|
| Pre-filing Meet and Confer | August 8, 2025 | **August 22, 2025** |
| Defendants' Portion of Joint Brief to Plaintiffs | August 22, 2025 | **August 29, 2025** |
| Plaintiffs' Portion of Joint Brief to Defendants | September 5, 2025 | **September 12, 2025** |
| MSJ Filing | September 9, 2025 | **September 17, 2025** |
| MSJ Hearing | October 8, 2025 | **October 15, 2025** |

2. Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling Orders shall remain unchanged and unaffected by the parties' Stipulation or this Order: only the deadlines and dates specified herein above shall be modified by the parties' Stipulation or this Order.

**IT IS SO ORDERED.**

DATED: August ___, 2025         **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**


By: _____
         Hon. Sherilyn Peace Garnett
         UNITED STATES DISTRICT JUDGE