UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF DEADLINES RE MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 52]** |

On August 6, 2025, the Parties filed a Stipulation and Joint Request for a Continuance of the Current Deadlines for meet and confer, briefing, filing, and hearing of motions for summary judgment in this action. (ECF No. 52 ("Stipulation")).

The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The Court's scheduling orders—including but not limited to ECF Nos. 36 and 51—are hereby modified, continued, and reset to the following

case management schedule:

| Case Management Event: | Prior Deadlines: | New Deadlines: |
|---|---|---|
| Pre-filing Meet and Confer | August 8, 2025 | **August 22, 2025** |
| Defendants' Portion of Joint Brief to Plaintiffs | August 22, 2025 | **August 29, 2025** |
| Plaintiffs' Portion of Joint Brief to Defendants | September 5, 2025 | **September 12, 2025** |
| MSJ Filing | September 9, 2025 | **September 17, 2025** |
| MSJ Hearing | October 8, 2025 | **October 15, 2025 at 1:30 p.m.** |

2.  Except as specified herein above, all other dates and deadlines operative as of the Court's scheduling Orders shall remain unchanged and unaffected by the parties' Stipulation or this Order: only the deadlines and dates specified herein above shall be modified by the parties' Stipulation or this Order.

**IT IS SO ORDERED.**

DATED: August 11, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE