LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES**<br><br>*Proposed Order filed Concurrently*<br><br>Filed Date:      04/19/24<br>Trial Date:      01/27/26 |

COME NOW all Plaintiffs and all Defendants ("the Parties") hereby notify this Court that the Parties have reached a conditional settlement of this entire action.

1.  The parties attended mediation on August 1, 2025, with mediator Richard Copeland, Esq. Following the mediation, the parties accepted a mediator's proposal and reached a settlement of the entire action. The material terms of the conditioned agreement were documented by the meditator and executed by the parties.

2.  The settlement is conditioned upon approval of the Los Angeles County Contract Cities Claims Board and Board of Supervisors, which can take up to and

including twelve (12) months. The settlement is also conditioned on the Court's approval of petitions to compromise the claims of the two minor plaintiffs.

3. If the settlement is approved, then Plaintiffs will file their petition to compromise the claims of the minor plaintiffs after approval of the settlement. Plaintiffs are unable to file their minors' compromise petition prior to approval of the settlement because the interest rates on the proposed annuity may expire in the interim.

4. If the settlement is approved, and after approval of the minor's compromise, then the Parties will file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds, including the funding of the minors' annuities.

5. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the approval of the settlement.

Respectfully Submitted,

Dated: August 20, 2025        **LAW OFFICES OF DALE K. GALIPO**

                              By: _/s/ Dale K. Galipo_
                                  DALE K. GALIPO
                                  RENEE MASONSONG.
                                  *Attorneys for Plaintiffs*

Dated: August 20, 2025        **CARRILLO LAW FIRM, LLP**

                              By: _/s/ Dominique L. Boubion_
                                  LUIS A. CARRILLO
                                  MICHAEL S. CARRILLO
                                  DOMINIQUE L. BOUBION
                                  *Attorneys for Plaintiffs*

Dated: August 20, 2025          **MANNING & KASS**
                                             **ELLROD, RAMIREZ, TRESTER LLP**

By:   */s/ Lynn Carpenter*
         Eugene P. Ramirez
         Lynn Carpenter
         *Attorneys for Defendants*

## Attestation Regarding Electronic Signatures:

I, Dominique L. Boubion, hereby attest that Lynn Carpenter, attorney for Defendants COUNTY OF LOS ANGELES and CARLOS MACIEL, and Dale K. Galipo, co-counsel for all Plaintiffs, concurs in the filing's content and authorized the filing of same.