## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**[PROPOSED] ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES**<br><br><br>Filed Date:      04/19/24<br>Trial Date:      01/27/26 |

HAVING REVIEWED the Parties' Notice of Conditional Settlement and Request to Vacate all dates, IT IS HEREBY ORDERED as follows:

1. All dates in the case, including the discovery dates, the pretrial dates, and the trial date, are hereby vacated, and this matter stayed, pending consummation of the settlement of this action.

2. If the settlement is approved, then Plaintiffs shall file their petition for approval of the claims of the minor plaintiffs after approval of the settlement.

3. If the settlement is approved, and after approval of the minors' compromise petition, then the Parties shall file a stipulation to dismiss the entire action within ten business days of Plaintiffs' receipt of the settlement funds, including the funding of the minors' annuities.

**IT IS SO ORDERED.**

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE