**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-03261-SPG-SK<br><br>**ORDER VACATING ALL DATES IN THIS ACTION [ECF NO. 54]** |

Before the Court is the parties' Notice of Conditional Settlement and Request for an Order Vacating All Dates (ECF No. 54 ("Notice of Settlement")). Having considered the Notice of Settlement, and the Court ORDERS as follows:

1.  All dates in this action, including discovery dates, pretrial dates, and the trial date, are hereby vacated, and this matter is stayed until March 1, 2026, pending settlement of this action.

2.  If the settlement is approved, then Plaintiffs shall file their petition for approval of the claims of the minor plaintiffs after approval of the settlement.

3.     If the settlement is approved, and after approval of the minors' compromise petition, then the Parties shall file a stipulation to dismiss this action within ten business days of Plaintiffs' receipt of the settlement funds, including the funding of the minors' annuities.

4.     The parties are to file a joint status report regarding settlement no later than March 1, 2026.

**IT IS SO ORDERED.**

Dated: August 26, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2