# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**[PROPOSED] ORDER RE DISMISSAL OF CARLOS MACIEL WITHOUT PREJUDICE** |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that:

**1.** Defendant CARLOS MACIEL is dismissed from this action without prejudice.

**2.** In the unlikely event that the settlement is not approved, the Parties shall add CARLOS MACIEL back into the lawsuit by way of stipulation, and any arguments regarding statute of limitations or other objections shall be waived.

**IT IS SO ORDERED.**

DATED: _____, 2025

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

By: _____
    Hon. Sherilyn Peace Garnett
    UNITED STATES DISTRICT JUDGE