**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS CERNAS; JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, a minor, by and through her guardian ad litem Maritza Casillas; and, BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDNAT CARLOS MACIEL**<br>**[ECF NO. 56]** |

Before the Court is the parties' Joint Stipulation to Dismiss Defendant Carlos Maciel Without Prejudice (ECF No. 56 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that:

1. Defendant Carlos Maciel is dismissed from this action without prejudice.

2. In the event that the parties' conditional settlement is not approved, the parties shall stipulate to join Carlos Maciel as a defendant in this action, and any statute of limitations defense or other objection shall be waived.

**IT IS SO ORDERED.**

DATED: October 21, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -