LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**JOINT STATEMENT REGARDING STATUS OF CONDITIONAL SETTLEMENT**<br><br>Filed Date:     04/19/24<br>Trial Date:      Vacated |

Pursuant to the Order of this Court (Dkt. 55), the parties jointly submit this statement regarding the status of settlement.

1.     On August 20, 2025, the Parties filed a Notice of Conditional Settlement. advising the Court that a settlement is conditioned upon approval of the Los Angeles County Contract Cities Claims Board ("Claims Board") and Board of Supervisors, which can take up to and including twelve (12) months. The settlement is also

1

1  conditioned on the Court's approval of petitions to compromise the claims of the two
2  minor plaintiffs. (Dkt. 54).

3      2.    Thereafter, the Court vacated all pretrial and trial dates through March 1,
4  2026, and ordered the parties to file a joint status report regarding the settlement no
5  later than than March 1, 2026. (Dkt. 55).

6      3.    Defense counsel reports that the fully executed settlement agreement was
7  received by the County on October 17, 2025, which initiated the County approval
8  process. Defense counsel further represents that the County anticipates presenting the
9  matter to the Board of Supervisors in or about October 2026.

10     4.    Defense counsel also reports that approval from the Contract Cities Board
11 has already been obtained, and no issues with the Board of Supervisors' approval are
12 presently anticipated.

Respectfully Submitted,

Dated: February 26, 2026     **LAW OFFICES OF DALE K. GALIPO**

By:  /s/ *Renee Masonsong*
DALE K. GALIPO
RENEE MASONSONG.
*Attorneys for Plaintiffs*

Dated: February 26, 2026     **CARRILLO LAW FIRM, LLP**

By:  /s/ *Dominique L. Boubion*
LUIS A. CARRILLO
MICHAEL S. CARRILLO
DOMINIQUE L. BOUBION
*Attorneys for Plaintiffs*

Dated: February 26, 2026     **MANNING & KASS**
                                                    **ELLROD, RAMIREZ, TRESTER LLP**

By:  /s/ *Eugene P. Ramirez*
Eugene P. Ramirez
*Attorneys for Defendants*

**Attestation Regarding Electronic Signatures:**

I, Dominique L. Boubion, hereby attest that Eugene P. Ramirez, attorney for Defendants COUNTY OF LOS ANGELES and CARLOS MACIEL, and Dale K. Renee Masonsong, co-counsel for all Plaintiffs, concurs in the filing's content and authorized the filing of same.