UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-03261-SPG-SK | Date | February 27, 2026 |
|---|---|---|---|
| Title | Alexis Cernas et al. v. County of Los Angeles et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT  UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT LIFT THE STAY AND REIMPOSE CASE DEADLINES

    Plaintiffs Alex Cernas, John Doe, Jane Doe, and Beatriz Loera ("Plaintiffs") filed this action in April 2024, alleging that Defendants County of Los Angeles, Carlos Maciel, and Does 1-10 ("Defendants") violated, among other provisions of law, 42 U.S.C. § 1983 by subjecting them to excessive force. *See* (ECF No. 1 ("Complaint")). In August 2025, the parties filed a document entitled, "Notice of Conditional Settlement and Request for Order Vacating All Dates." *See* (ECF No. 54 ("Notice of Settlement")). In that document, the parties stated that they had reached a conditional settlement agreement, conditioned on the approval of the Los Angeles County Contract Cities Claims Board and Board of Supervisors, as well as on the Court's approval of the petition to settle the claims of the two minor plaintiffs. *See* (*id.*).

    Based on the Notice of Settlement, on August 26, 2025, the Court entered an order vacating all case deadlines and staying the case until March 1, 2026. *See* (ECF No. 55 ("Stay Order") ¶ 1). The Stay Order further directed the parties to file a joint status report concerning the conditional settlement agreement by no later than March 1, 2026. *See* (*id.* ¶ 4). On February 26, 2026, the parties filed a document entitled, "Joint Statement Regarding Status of Conditional Settlement." *See* (ECF No. 59 ("Status Report")). In their Status Report, the parties informed the Court that the parties executed the conditional settlement agreement on October 17, 2025, the Los Angeles County Contract Cities Claims Board has approved the conditional settlement agreement, and Los Angeles County anticipates that it will present the settlement to the Los Angeles County Board of Supervisors on or around October 2026. *See* (*id.* ¶¶ 3-4).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-03261-SPG-SK | Date | February 27, 2026 |
|---|---|---|---|
| Title | Alexis Cernas et al. v. County of Los Angeles et al. | | |

    The Status Report provides no explanation why Los Angeles County is unable to present the settlement to the Los Angeles County Board of Supervisors before October 2026. The Status Report also does not set out the timeframe by which Los Angeles County anticipates the Board of Supervisors will approve or deny the settlement, once the settlement is presented. Therefore, the parties are ORDERED to show cause, in writing, by March 11, 2026, why the Court should not lift the stay and impose new case deadlines. Pending the parties' response, the Court continues the stay until March 18, 2026.

    **IT IS SO ORDERED.**

                                                                                                                  :

Initials of Preparer   pg