Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF LOS ANGELES, and CARLOS MACIEL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-03261-SPG-SK <br> District Judge, Sherilyn Peace Garnett <br> Magistrate Judge, Steve Kim <br><br> **DEFENDANTS' NOTICE OF JOINDER TO PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT LIFT THE STAY AND REIMPOSE CASE DEADLINES** <br><br> Filed Date:   04/19/24 <br> Trial Date:   N/A |

Defendants join in the response filed by the plaintiffs.

DATED: March 12, 2026        **MANNING & KASS**
                                                   **ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/ Eugene P. Ramirez_____
       Eugene P. Ramirez
       Attorneys for Defendants, COUNTY OF LOS ANGELES, and CARLOS MACIEL

---