UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-03261-SPG-SK | Date | March 12, 2026 |
|---|---|---|---|
| Title | Alexis Cernas et al. v. County of Los Angeles et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER STAYING CASE UNTIL OCTOBER 31, 2026**

On August 20, 2025, the parties filed a Notice of Settlement. *See* (ECF No. 54 ("Notice of Settlement")). The Notice of Settlement stated that the parties reached a settlement agreement, conditioned on approval by the Los Angeles Contract Cities Board and the Los Angeles County Board of Supervisors. *See* (*id.* ¶ 2). Following the Notice of Settlement, the Court stayed the case for a period of six months and directed the parties to file a joint status report addressing the parties' progress toward a final settlement ahead of the stay's expiration. *See* (ECF No. 55).

On February 26, 2026, the parties filed a status report, in which the parties stated that counsel submitted an executed settlement agreement to Los Angeles County on October 17, 2025; the Contract Cities Board approved the settlement; and Los Angeles County planned to present the settlement to the Los Angeles County Board of Supervisors on or around October 2026. *See* (ECF No. 59 ¶¶ 3-4 ("Status Report")). In response to the parties' Status Report, the Court issued an order to show cause why the Court should not lift the stay and reimpose case deadlines. *See* (ECF No. 60 ("OSC")). The OSC explained that the Status Report did not sufficiently explain Los Angeles County's delay in presenting the settlement to the Board of Supervisors. *See* (*id.* at 2). The OSC also noted that, although the Status Report stated that Los Angeles County anticipated presenting the settlement to the Board of Supervisors in October 2026, it did not provide a timeframe by which the Board of Supervisors is likely to approve or deny the settlement. *See* (*id.*).

The parties have now filed a response, requesting that this case remain stayed. *See* (ECF No. 61 (Plaintiffs' Response to OSC); *see also* (ECF No. 61 (Defendants' Joinder to Plaintiffs' Response)). The parties explain that it took roughly two months to finalize the conditional settlement, such that Los Angeles County only began the formal process to consider the settlement in October 2025. *See* (ECF No. 61). The parties represent that the approval process can take up to one year, but they anticipate the Board of Supervisors will approve the settlement. *See* (*id.*). The Court infers from the parties' anticipated timeline that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-03261-SPG-SK | Date | March 12, 2026 |
| Title | Alexis Cernas et al. v. County of Los Angeles et al. | | |

the Board of Supervisors will likely approve or deny the settlement within a month of presentation. *See* (*id.* (stating that Los Angeles County plans to present the settlement in October 2026 and the approval process should by completed by November 2026)).

In light of the parties' response to the OSC, the Court ORDERS that the case shall remain stayed until October 31, 2026. The parties shall file a joint status report on or before October 15, 2026.

**IT IS SO ORDERED.**

: 

Initials of Preparer   pg