LUIS A. CARRILLO, SBN 70398
MICHAEL S. CARRILLO, SBN 258878
DOMINIQUE L. BOUBION, SBN 336915
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, California 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS CERNAS, JOHN I.C. DOE, a minor, by and through his guardian ad litem Maritza Casillas; JANE I.C. DOE, and, a minor, by and through her guardian ad litem Maritza Casillas; and BEATRIZ LOERA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CARLOS MACIEL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03261-SPG-SK<br>District Judge, Sherilyn Peace Garnett<br>Magistrate Judge, Steve Kim<br><br>**JOINT STATEMENT REGARDING STATUS OF CONDITIONAL SETTLEMENT**<br><br>Filed Date: 04/19/24<br>Trial Date: Vacated |

Pursuant to the Order of this Court (Dkt. 55), the parties jointly submit this

statement regarding the status of settlement.

1. On August 20, 2025, the Parties filed a Notice of Conditional Settlement. advising the Court that a settlement is conditioned upon approval of the Los Angeles County Contract Cities Claims Board ("Claims Board") and Board of Supervisors, which can take up to and including twelve (12) months. The settlement is also conditioned on the Court's approval of petitions to compromise the claims of the two minor plaintiffs. (Dkt. 54).

2. Thereafter, the Court vacated all pretrial and trial dates through March 1, 2026, and ordered the parties to file a joint status report regarding the settlement no later than than March 1, 2026. (Dkt. 55).

3. Defense counsel reports that the fully executed settlement agreement was received by the County on October 17, 2025, which initiated the County approval process. Defense counsel further represents that the County anticipates presenting the matter to the Board of Supervisors in or about October 2026.

4. Defense counsel also reports that approval from the Contract Cities Board has already been obtained, and no issues with the Board of Supervisors' approval are presently anticipated.

5. Specifically, defense counsel reports that this matter is going before the Contract Cities Claim Board on October 14, 2026. After the Contract Cities Claim Board recommends the settlement for approval, the settlement will be reviewed by the Safety Cluster Meeting. The Safety Cluster Meeting is anticipated to take place on November 4, 2026. Approximately three to four weeks thereafter, the Board of Supervisors will meet for formal approval.

6. Plaintiffs' counsel is working with the guardian for the two minor plaintiffs to select annuity plans for the minor plaintiffs and prepare the Petition for Approval of the Claims of the Minor Plaintiffs. Given that the interest rates for the minors' annuities can only be locked in for a certain period of time, Plaintiffs anticipate filing the minors' compromise petition shortly before the anticipated

approval by the Board of Supervisors. Plaintiffs are unable to stipulate to dismiss this case until after this Court has approved the minors' compromise petitions and the funds have been distributed to Plaintiffs' counsel and the annuity providers. Plaintiffs shall provide defense counsel with payment instructions relative to the minors' annuities as soon as that information is available.

Respectfully Submitted,

Dated: October 13, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Renee Masonsong*
DALE K. GALIPO
RENEE MASONSONG.
*Attorneys for Plaintiffs*

Dated: October 13, 2026

**CARRILLO LAW FIRM, LLP**

By: /s/ *Dominique L. Boubion*
LUIS A. CARRILLO
MICHAEL S. CARRILLO
DOMINIQUE L. BOUBION
*Attorneys for Plaintiffs*

Dated: October 13, 2026

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ *Eugene P. Ramirez*
Eugene P. Ramirez
*Attorneys for Defendants*

**<u>Attestation Regarding Electronic Signatures:</u>**

I, Renee V. Masongsong, hereby attest that Eugene P. Ramirez, attorney for Defendants COUNTY OF LOS ANGELES and CARLOS MACIEL, and Dominique Boubion, co-counsel for all Plaintiffs, concur in the filing's content and authorized the filing of same.

Dated: October 13, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Renee Masonsong*
DALE K. GALIPO
RENEE MASONSONG.
*Attorneys for Plaintiffs*